# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 06, 2012

Ms. Cheri LaBlanche
12806 Southspring Drive
Houston, TX 77047-0000

No. 12-20590, Cheri LaBlanche v. Natl Bd of Med Examiners, et al
USDC No. 4:12-MC-485

We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.

Filings in this court are governed strictly by the Federal Rules of **Appellate** Procedure. We cannot accept motions submitted under the Federal Rules of **Civil** Procedure. We can address only those documents the court directs you to file, or proper motions filed in support of the appeal. See FED. R. APP. P. and 5TH CIR. R. 27 for guidance. Documents not authorized by these rules will not be acknowledged or acted upon.

You must pay the court of appeals' $455.00 docketing fee to the **district court clerk, within 15 days**. We will dismiss your appeal if you fail to pay the fee, or request permission to proceed in forma pauperis within the time provided, see 5TH CIR. R. 42.3.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Brandy Lemelle
Brandy C. Lemelle, Deputy Clerk
504-310-7714