# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 06, 2013

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

No. 12-20590, Cheri LaBlanche v. Natl Bd of Med Examiners, et al
USDC No. 4:12-MC-485

Enclosed, for the district court only, is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Brandy C. Lemelle, Deputy Clerk
504-310-7714

cc w/encl:
    Ms. Cheri LaBlanche